IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JARED TAYLOR and JANA TAYLOR, Husband and Wife, | ) ) ) | Case No. CV-08-65-E-BLW |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| FORTIS INSURANCE CO., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this

action be DISMISSED.  This matter is hereby deemed closed.

DATED:  **April 17, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court